NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000010**
**12-DEC-2018**
**09:54 AM**

NO. CAAP-18-0000010

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF AB

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-S NO. 15-0007)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Proposed Intervenor-Appellant KL's Motion for Reconsideration filed on December 7, 2018, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawaiʻi, December 12, 2018.

Chief Judge

Associate Judge

Associate Judge